# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135511

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL D. SWEENEY,
        Plaintiff-Appellant,
and

EMPLOYERS MUTUAL INSURANCE
COMPANY, AAA MICHIGAN, and THE
WELLNESS PLAN,
        Intervening Plaintiffs,

v

SC: 135511
COA: 278586
WCAC: 05-000183

EDDIE'S INTERNATIONAL TOUCHLESS
CAR WASH d/b/a NEHME ENTERPRISES, INC.,
STAR INSURANCE COMPANY, and
MEADOWBROOK INSURANCE GROUP,
        Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the November 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317